UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DR. ZHANG *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-736-JLS(WVG)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF DUPLICATE MOTION TO COMPEL**<br><br>**[Doc. No. 52.]** |

　　　The pending motion for reconsideration of the Court's denial of Plaintiff's motion to compel discovery is DENIED. Defendants have responded that the requested documents do not exist. The Court declines to compel production of that which does not exist.

IT IS SO ORDERED.

DATED: December 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge