UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>                             Plaintiff,<br><br>v.<br><br>DR. ZHANG *et al.*,<br><br>                             Defendants. | Case No.: 20-CV-736-JLS(WVG)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES**<br><br>[Doc. No. 56.] |

Plaintiff's motion for a copy of Docket No. 37 is GRANTED. The Clerk of Court is directed to mail Plaintiff a copy of that document along with a copy of this Order..

IT IS SO ORDERED.

DATED: December 30, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge