UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>                                   Plaintiff,<br><br>v.<br><br>DR. ZHANG *et al.*,<br><br>                                   Defendants. | Case No.:  20-CV-736-JLS(WVG)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION OF DENIAL OF DUPLICATE MOTION TO COMPEL**<br><br>**[Doc. No. 58.]** |

The pending motion for reconsideration of the Court's denial of Plaintiff's motion to compel discovery is DENIED. This matter is now closed and will no longer be considered. All future reconsideration motions will be summarily denied.

IT IS SO ORDERED.

DATED: January 14, 2022

_____
Hon. William V. Gallo
United States Magistrate Judge