# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DR. ZHANG *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-736-JLS(WVG)<br><br>**ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION OF DENIAL OF DUPLICATE MOTION TO COMPEL**<br><br>[Doc. No. 67.] |

　　　For the reasons explained in multiple prior Orders denying Plaintiff's successive motions for reconsideration, the instant motion is also DENIED.

IT IS SO ORDERED.

DATED: February 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge