UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VALDEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>DR. ZHANG, et al.,<br><br>                              Defendants. | Case No.: 20-CV-736-JLS-WVG<br><br>**ORDER SETTING VIDEO JOINT STATUS CONFERENCE AND DEFERRING REPORT AND RECOMMENDATION AND RULING** |

On August 10, 2022, this Court issued an Order on Ricardo Valdez's ("Plaintiff") Motion for Extension of Time to File Opposition to Motion for Summary Judgment ("Plaintiff's Motion"). (Doc. No. 79.) After consulting with assigned District Judge Janis A. Sammartino, the Court granted Plaintiff's Motion and continued Plaintiff's deadline to file his Opposition to Defendants' Motion for Summary Judgment to Friday, September 2, 2022. That date has come and gone, and Plaintiff has not yet filed his Opposition. In light of this circumstance and the obstacles Plaintiff alleges he has encountered as set forth in his May 2, 2022, June 22, 2022, and July 27, 2022 Motions for Extensions of Time to File Opposition to Motion for Summary Judgment, the Court hereby ORDERS Plaintiff and defense counsel to appear for a Joint Status Conference via Zoom on **Thursday, October 13, 2022 at 9:00 a.m.** (Doc. Nos. 72, 75, 78.)

To this end, Defendants shall (1) make all necessary arrangements to ensure Plaintiff timely appears via Zoom for the DATE Joint Status Conference and (2) lodge their appearances for purposes of the Joint Status Conference **no later than Thursday, October 6, 2022**.

Finally, having consulted with District Judge Sammartino and in light of the forthcoming Joint Status Conference, the Court DEFERS making any recommendations or rulings on Defendants' pending Motion for Summary Judgment (Doc. No. 64).

**IT IS SO ORDERED.**

Dated: September 30, 2022

Hon. William V. Gallo
United States Magistrate Judge